IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATISH K, SINGH, an individual, and<br>MEENA R. RINCH, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM BARRY SHANNON, et al.,<br><br>　　　　　　Defendants. | 1: 09 - CV - 0481 AWI GSA<br><br>ORDER RESOLVING DEFENDANTS' MOTION TO DISMISS AND ALLOWING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO THE PARTIES' STIPULATION<br><br>[Documents #*18* & #*19*] |

　　　On July 11, 2009, the parties filed a stipulation, which allows Plaintiffs to file a First Amended Complaint no later than July 17, 2009 and resolves the pending motion to dismiss. Pursuant to the stipulation, the court ORDERS that:

　　　1.　　Plaintiffs SHALL file a First Amended complaint no later than July 17, 2009;

　　　2.　　Defendants' pending motion to dismiss is DENIED pursuant to the stipulation; and

　　　3.　　The July 27, 2009 hearing date is VACATED.

IT IS SO ORDERED.

Dated:　　July 13, 2009　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE