**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SATISH K. SINGH, an individual, and<br>MEENA R. RINCH, an individual,<br><br>              Plaintiffs,<br><br>   v.<br><br>WILLIAM BARRY SHANNON, et al.,<br><br>              Defendants. | NO. 1:09-CV-00481-AWI-GSA<br><br>ORDER RESOLVING<br>DEFENDANTS' MOTION TO<br>DISMISS AND ALLOWING<br>PLAINTIFFS TO FILE A SECOND<br>AMENDED COMPLAINT<br>PURSUANT TO THE PARTIES'<br>STIPULATION<br><br>[Documents # *24, 28*] |

     On September 18, 2009, the parties filed a stipulation which allows Plaintiffs to file a Second Amended Complaint no later than October 5, 2009, and resolves the pending motion to dismiss. Pursuant to the stipulation, the court ORDERS that:

    1.    Plaintiffs SHALL file a Second Amended Complaint no later than October 5, 2009;

    2.    Defendants' pending motion to dismiss is DENIED pursuant to the stipulation; and

3.  The October 5, 2009 hearing date is VACATED.


IT IS SO ORDERED.

**Dated:   September 23, 2009**               **/s/ Anthony W. Ishii**
                                  CHIEF UNITED STATES DISTRICT JUDGE